IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION

IN RE: ANDREW J SHEDLOCK and JEAN MARIE SHEDLOCK

CASE NO. 5-15-BK-05119

CLAIM: 12

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

CACH, LLC
4340 S MONACO ST
FL 2
DENVER CO 80237-3485

To the new address below:

CACH, LLC
PO Box 10587
Greenville SC 29603-0587

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Susan Gaines                         Date: 7/5/2017
Susan Gaines
Telephone: (877) 264-5884