```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                         Case No. 15-05119-RNO
Andrew J. Shedlock                                             Chapter 13
Jean Marie Shedlock
         Debtors             CERTIFICATE OF NOTICE
District/off: 0314-5         User: REshelman          Page 1 of 1          Date Rcvd: Mar 25, 2019
                             Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
4772445          Bank of America, N.A.,    P.O. Box 31785,   Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Ernest A. Sposto, Jr    on behalf of Debtor 1 Andrew J. Shedlock spostolaw@gmail.com,
               lw.spostolaw@gmail.com
              Ernest A. Sposto, Jr    on behalf of Debtor 2 Jean Marie  Shedlock spostolaw@gmail.com,
               lw.spostolaw@gmail.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-05119-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Andrew J. Shedlock<br>211 Beechwood Drive<br>Wilkes Barre PA 18702-7201 | Jean Marie Shedlock<br>211 Beechwood Drive<br>Wilkes Barre PA 18702-7201 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/23/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 15: Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/27/19

Terrence S. Miller
**CLERK OF THE COURT**