United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andrew J. Shedlock  
Jean Marie Shedlock  
    Debtors

Case No. 15-05119-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 12, 2021     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Andrew J. Shedlock, Jean Marie Shedlock, 211 Beechwood Drive, Wilkes Barre, PA 18702-7201 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Towd Point Mortgage Trust Asset-Backed, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 4755785 | + | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183692, Arlington, TX 76096-3692 |
| 4727458 | + | Apothaker Scian P.C., 520 Fellowship Road, Suite C360, PO Box 5496, Mount Laurel, NJ 08054-3407 |
| 4750787 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4727473 | + | GM Financial, P O Box 100, Williamsville, NY 14231-0100 |
| 4727477 | + | Northland Group, Inc., P O Box 390905, Minneapolis, MN 55439-0905 |
| 4727479 | + | PCA Acquisitions LLC, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5175571 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5336245 | + | Towd Point Mortgage Trust, Asset Backed Securities, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5175572 | + | Two Point Mortgage Trust, Asset Backed Securities, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4727457 | + | EDI: GMACFS.COM | Jan 13 2021 00:13:00 | Ally Financial, P O Box 380901, Bloomington, MN 55438-0901 |
| 4727459 | | EDI: BANKAMER.COM | Jan 13 2021 00:13:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 4727460 | | EDI: BANKAMER.COM | Jan 13 2021 00:13:00 | Bank of America, P O Box 982235, El Paso, TX 79998-2235 |
| 4772445 | | EDI: BANKAMER.COM | Jan 13 2021 00:13:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 4735760 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:18:39 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4727461 | | EDI: CAPITALONE.COM | Jan 13 2021 00:13:00 | Capital ONe, P O Boxc 30281, Salt Lake City, UT 84130-0281 |
| 4727462 | | EDI: CAPITALONE.COM | Jan 13 2021 00:13:00 | Capital One Bank-Boscovs, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 4763707 | | EDI: BL-BECKET.COM | Jan 13 2021 00:13:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4727463 | | EDI: CAPITALONE.COM | Jan 13 2021 00:13:00 | Capital One/Best Buy, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 4730401 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2021 19:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4727466 | + | EDI: CITICORP.COM | Jan 13 2021 00:13:00 | Citibank, P O Box 6497, Sioux Falls, SD |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 4727467 | | EDI: DISCOVER.COM | Jan 13 2021 00:13:00 | Discover, P O Box15316, Wilmington, DE 19850 |
| 4727468 | + | EDI: RMSC.COM | Jan 13 2021 00:13:00 | GE Capital Retail Bank, P O Box 03104, Roswell, GA 30077-3104 |
| 4727469 | | EDI: RMSC.COM | Jan 13 2021 00:13:00 | GECRB/JC Pennys, P O Box 965005, Orlando, FL 32896-5005 |
| 4727470 | | EDI: RMSC.COM | Jan 13 2021 00:13:00 | GECRB/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 4727471 | + | EDI: RMSC.COM | Jan 13 2021 00:13:00 | GECRB/QVC, P O Box 965018, Orlando, FL 32896-5018 |
| 4727472 | | EDI: RMSC.COM | Jan 13 2021 00:13:00 | GECRB/Sams Club, P O Box 965005, Orlando, FL 32896-5005 |
| 4727475 | + | EDI: HFC.COM | Jan 13 2021 00:13:00 | HSBC Bank, P O Box 30253, Salt Lake City, UT 84130-0253 |
| 4727474 | | EDI: HFC.COM | Jan 13 2021 00:13:00 | Houshold Finance Corp, P O Box 9068, Brandon, FL 33509-9068 |
| 4727465 | | EDI: JPMORGANCHASE | Jan 13 2021 00:13:00 | CHASE, Attn: Bankruptcy Dept., P O Box 15928, Wilmington, DE 19850 |
| 4727464 | | EDI: JPMORGANCHASE | Jan 13 2021 00:13:00 | Chase, P O Box 15298, Wilmington, DE 19850 |
| 4727476 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2021 19:13:00 | Kohls/Capital One, P O Box 3115, Milwaukee, WI 53201-3115 |
| 4745142 | | EDI: PRA.COM | Jan 13 2021 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4727478 | + | Email/Text: paparalegals@pandf.us | Jan 12 2021 19:13:00 | Patenaud & Felix, A.P.C., 213 East main Street, Carnegie, PA 15106-2701 |
| 4789522 | | EDI: Q3G.COM | Jan 13 2021 00:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4789523 | + | EDI: Q3G.COM | Jan 13 2021 00:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, MOMA Funding LLC 98083-0788 |
| 4738464 | | EDI: AGFINANCE.COM | Jan 13 2021 00:13:00 | SPRINGLEAF FINANCIAL SERVICES, INC, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 4727482 | | EDI: AGFINANCE.COM | Jan 13 2021 00:13:00 | Springleaf Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4727480 | + | EDI: CITICORP.COM | Jan 13 2021 00:13:00 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4727481 | + | EDI: CITICORP.COM | Jan 13 2021 00:13:00 | Sears/cbsd, P O Box 6497, Sioux Falls, SD 57117-6497 |
| 4745100 | + | Email/Text: bncmail@w-legal.com | Jan 12 2021 19:13:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4727483 | | EDI: CITICORP.COM | Jan 13 2021 00:13:00 | THD/CBNA, P O Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5336244 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Ernest A. Sposto, Jr | on behalf of Debtor 1 Andrew J. Shedlock spostolaw@gmail.com  lw.spostolaw@gmail.com |
| Ernest A. Sposto, Jr | on behalf of Debtor 2 Jean Marie Shedlock spostolaw@gmail.com  lw.spostolaw@gmail.com |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Mario John Hanyon | on behalf of Creditor Bank Of America  N.A. pamb@fedphe.com |
| Thomas I Puleo | on behalf of Creditor BANK OF AMERICA  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Andrew J. Shedlock<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4666<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jean Marie Shedlock<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9483<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:15–bk–05119–RNO | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew J. Shedlock                    Jean Marie Shedlock

<u>1/12/21</u>                               **By the court:** <u>Robert N. Opel II</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**